FILED

10/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0405

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0405

IN THE MATTER OF

J.J.,

    A Youth in Need of Care.

## GRANT OF EXTENSION OF TIME

    Upon consideration of the Appellant's Motion for Extension of Time, and good cause appearing therefore, the Appellant is granted an extension of time until November 30, 2020, to prepare, serve, and file the Opening Brief.

    No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 14 2020

Grant of Extension of Time

PAGE 1